Opinion filed November 2, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed November 2, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-04-00298-CR 

                                                    __________

 

                                     CLAUDIA
ZAMORA, Appellant

                                                             V.

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 35th District Court

                                                          Brown
 County, Texas

                                                Trial Court Cause No. CR-17,375

 



 

                                                                   O
P I N I O N

Mandate
has now issued in the State=s appeal from the trial court=s order granting Claudia Zamora=s motion for new trial.  State v. Zamora, No. 11-05-00035-CR, 2006 WL
571891 (Tex. App.CEastland March 9, 2006, pet=n ref=d) (not designated for publication).  Because
the order granting the new trial was affirmed, this appeal by Zamora challenging the merits of her
conviction is now moot.  Therefore, this
appeal is dismissed.

 

November
2, 2006                                                                               PER
CURIAM

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.